UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>MARK EDWARD MADISON<br><br>California State Bar #158786 | ORDER TO SHOW CAUSE |

This Court has received notice that the Supreme Court of California has suspended from the practice of law the above-referenced attorney effective March 23, 2008. Therefore, the above-referenced attorney is hereby ordered to show cause, in writing within 30 days of the date of this order, why he or she should not be suspended from the practice of law before this Court, pursuant to Rule 83-3.1.9 of the Local Rules for the Central District of California.

IT IS FURTHER ORDERED, that if the above-referenced attorney does not contest the imposition of suspension from this Court or does not respond to the order to show cause within the time specified, the Court shall issue an order of suspension effective 30 days from the date of this order to show cause.

A response to this order to show cause must make the showing required in Local Rule 83-3.1.9. In addition, the above-referenced attorney must produce at the time the response to the order to show cause is filed a certified copy of the entire

1  record from the other jurisdiction or bear the burden of persuading the Court that less
2  than the entire record will suffice.
3       The response to the order to show cause and other documentation shall be
4  mailed or delivered to:   U.S. Courthouse, 312 N. Spring Street, Room G-8, Los
5  Angeles, California 90012, Attn: Clerk of Court.  The response to the order to show
6  cause and other documentation shall not be filed with the Court.
7       Unless stated otherwise by order of the Court, the above-referenced attorney
8  who has been suspended from the Bar of this court because of a suspension by the
9  Supreme Court of California will be reinstated upon proof of reinstatement as an
10 active member in good standing of the State Bar of California.
11      An attorney registered to use the Court's Electronic Case Filing System (ECF)
12 who is suspended by this Court will not have access to file documents electronically
13 until the attorney has been reinstated by the State Bar of California and reinstated to
14 the Bar of this Court.
15      This Order to Show Cause is being mailed to the above-referenced attorney's
16 current address as on file with the State Bar of California.
17
18      DATE:   April 22, 2008
19
20                                              _____
21                                                   Alicemarie H. Stotler
22                                              Chief United States District Judge